JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUN M. BANG,<br><br>    Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC., and DOES 1 to 10,<br><br>    Defendants. | Case No.:  2:14-cv-9917 BRO (MRWx)<br><br>Hon. Beverly Reid O'Connell<br><br>**JUDGMENT**<br><br>State Court Case No.: PC056016<br>Action Filed: October 21, 2014<br>Trial Date: NA |

This matter came before the Court on *defendant* Select Portfolio Servicing, Inc.'s ("Defendant") *Motion for Summary Judgment* (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's *Order Granting Motion for Summary Judgment*,

**IT IS ORDERED** that summary judgment is hereby entered in favor of Defendant and against *plaintiff* Sun M. Bang.

Dated:  April 27, 2015

_____
HON. BEVERLY REID O'CONNELL
United States District Judge